[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 25, 2009
THOMAS K. KAHN
CLERK

No. 08-14866
Non-Argument Calendar

_____

D. C. Docket No. 03-00227-CR-T-17-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARIAN TENSLEY,
a.k.a. Drac,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 25, 2009)

Before BARKETT, PRYOR  and COX, Circuit Judges.

PER CURIAM:

Ellis Rexwood Curry, appointed counsel for Darian Tensley, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the decision of the district court is AFFIRMED.